UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                            Case No. 99-73910

v.                                           Paul D. Borman
                                               United States District Judge

SANDRA F. WILLHITE,                     Elizabeth A. Stafford
                                                 United States Magistrate Judge

       Defendant.
_____/

ORDER ADOPTING MAGISTRATE JUDGE ELIZABETH A. STAFFORD'S JULY 15, 2015 REPORT AND RECOMMENDATION TO DENY DEFENDANT'S OBJECTION TO GARNISHMENT (ECF NO. 24) AND DENYING DEFENDANT'S OBJECTION TO GARNISHMENT (ECF NO. 18)

On July 15, 2015, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation to Deny Defendant's Objection to Garnishment, following a hearing held before her on April 14, 2015. (ECF No. 24.) Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation, and DENIES Defendant's Objection to Garnishment (ECF No. 18).

IT IS SO ORDERED.

                                               s/Paul D. Borman
                                               PAUL D. BORMAN
                                               UNITED STATES DISTRICT JUDGE

Dated:  August 7, 2015

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 7, 2015.

                                                s/Deborah Tofil
                                                Case Manager